UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEVE COTTON III and DARRYL T. SCOTT, individually and on behalf of the proposed class defined herein, <br><br> Plaintiffs, <br><br> v. <br><br> ASSET ACCEPTANCE, LLC, <br><br> Defendants. | Case No. 07 CV 5005 <br> Judge St. Eve <br> Magistrate Judge Cole |

### DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT F.R.C.P. 12(C)

Defendant, ASSET ACCEPTANCE, LLC, by its attorneys, David M. Schultz, Clifford E. Yuknis, and Stephen D. Vernon and pursuant to Federal Rule of Civil Procedure 12(c), moves for judgment on the in its favor and against Plaintiff, DARRYL T. SCOTT, as to all claims asserted in the Amended Complaint. Defendant incorporates its Memorandum of Law in Support of this Motion, which it is seeking leave from this Court to file due to the fact that it exceeds the 15 page limit for such memorandums by a half of a page.

Respectfully submitted,

By: s/Stephen D. Vernon
    One of the Attorneys for Defendant,
    ASSET ACCEPTANCE, LLC

David M. Schultz
Clifford E. Yuknis
Stephen D. Vernon
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
dschultz@hinshawlaw.com
cyuknis@hinshawlaw.com
svernon@hinshawlaw.com